[No. 7509-1-II.  Division Two.  October 31, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. RAYMOND
M. KUSHNER, *Appellant.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 83-1-00217-4, James D. Roper, J., entered

November 28, 1983. *Dismissed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Worswick, C.J., and Petrich, J.